**Order entered December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00056-CV

**COLUMBIA NORTH HILLS HOSPITAL, SUBSIDIARY, L.P., INDIVIDUALLY AND A/K/A AND D/B/A NORTH HILLS HOSPITAL, Appellant**

**V.**

**TONI GAIL TUCKER, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15031**

## ORDER

We **GRANT** Appellant's Unopposed Motion for Leave to File Post-Submission Letter

Brief. The letter brief received on December 11, 2014, is considered properly filed.


/s/      KERRY P. FITZGERALD
JUSTICE